**DWIGHT LAW GROUP**
Amanda V. Dwight (SBA 187028)
2020 Main Street, Suite 600
Irvine, California 92614
Telephone: (949) 515-0003
Facsimile: (949) 266-8680
adwight@dwightlawgroup.com

Attorneys for Plaintiff
WEST COAST GASKET COMPANY

**GAUNTLETT & ASSOCIATES**
David A. Gauntlett (SBN 96399)
James A. Lowe (SBN 214383)
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
info@gauntlettlaw.com
jal@gauntlettlaw.com

Attorneys for Defendants
WEST COAST GASKETS, LLC
and ROD SNYDER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| WEST COAST GASKET COMPANY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WEST COAST GASKETS, LLC, a California limited liability company, ROD SNYDER, an individual, and DOES 1-10, inclusive,<br><br>Defendants, | Case No. 8:15-cv-00117-JVS (RNBx)<br><br>Hon. James V. Selna<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SPRING VISION RESTAURANT TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS**<br><br>Complaint Served: February 5, 2015<br>Current response date: March 9, 2015<br>New response date: April 3, 2015 |

Plaintiff West Coast Gasket Company ("West Coast"), and Defendants West Coast Gaskets, LLC and Rod Snyder (collectively "Snyder"), by and through their

respective counsel of record, and pursuant to Central District of California Local Rule 8-3 allowing the parties to stipulate for an extension of time to respond to an initial complaint, hereby stipulate to an extension as follows:

1. West Coast filed its Complaint initiating this action on January 26, 2015.

2. Snyder was served with the Summons and Complaint on or about February 5, 2015. So the current deadline for Snyder to file their responsive pleadings is March 9, 2015.

3. West Coast and Snyder have agreed that Snyder may have to and including April 3, 2015 to file their responsive pleadings in this action.

4. Snyder has not previously sought an extension of time to answer or otherwise respond to the Complaint.

5. Accordingly, the parties stipulate that Snyder shall have to and including April 3, 2015 to file their responsive pleadings in this action.

**IT IS SO STIPULATED.**

Dated: February 19, 2015      **GAUNTLETT & ASSOCIATES**

By:   /s/ James A. Lowe
David A. Gauntlett
James A. Lowe
Attorneys for Defendants
WEST COAST GASKETS, LLC
and ROD SNYDER

Dated: February 19, 2015      **DWIGHT LAW GROUP**

By:   /s/ Amanda V. Dwight
Amanda V. Dwight
Attorneys for Plaintiff
WEST COAST GASKET COMPANY