UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 15-00117 JVS (RNBx) | Date | March 6, 2015 |
| Title | West Coast Gasket Company v. West Coast Gaskets, LLC, et al. | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (In Chambers)    ORDER TO SHOW CAUSE RE DISMISSAL AND/OR SANCTIONS FOR FAILURE TO COMPLY WITH RULES

The Court, on its own motion, hereby ORDERS plaintiff to show cause in writing no later than **March 10, 2015**, why this action should not be dismissed and/or sanctions imposed for failure to comply with the Central District of California's General Order No. 14-01 and Local Rule 5-4.5.

As an alternative to a written response by plaintiff(s), the Court will consider the **delivery**, **by March 10, 2015**, of the required Mandatory Chambers Copies of the Complaint, the Civil Cover Sheet and the Certificate of Interested Parties and Notice of Related Cases (Docket Nos. 1, 2, 5 & 6) to Judge Selna's Mandatory Chambers drop box on the 10th Floor of the Ronald Reagan Federal Bldg. & Courthouse, 411 West 4th Street, Santa Ana, California as an adequate response to the Court's Order to Show Cause.

: 00

Initials of Preparer    kjt