UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 15-00117 JVS (RNBx)                    Date  March 9, 2015

Title  West Coast Gasket Company v. West Coast Gaskets, LLC, et al.

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS)
Order Discharging Order to Show Cause**

On March 6, 2015, the Court issued an Order to Show Cause (OSC) re Dismissal and/or Sanctions for Failure to Comply with Rules. The Court, having considered the plaintiff's submission of the required Mandatory Chambers Copies, hereby ORDERS the OSC discharged.

:   00

Initials of Preparer   kjt